# Third District Court of Appeal
## State of Florida

Opinion filed October 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0902
Lower Tribunal Nos. F21-11705, F21-2360, F21-5161, F21-2358, F21-2359

_____

**Verdens Tertilus,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Verdens Tertilus, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.